IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELICIA BYERS,<br>,<br><br>Plaintiff,<br><br>v.<br><br>HOUSEHOLD FINANCE CORPORATION,<br>HOUSEHOLD INTERNATIONAL, INC., AND<br>OR HOUSEHOLD PAYROLL SERVICES, INC.,<br>Delaware corporations,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-711-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties, subject to the approval of the Court, that the time in which defendants Household Finance Corporation, Household International, Inc. and/or Household Payroll Services, Inc. may move, answer or otherwise respond to the Complaint is extended through and including December 5, 2005.

_____
Gary W. Aber (#754)
gaber@gablawde.com
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, Delaware 19801
Attorneys for Plaintiff

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
Attorneys for Defendants
Household Finance Corporation, Household
International, Inc. and Household Payroll
Services, Inc.

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

RLF1-2944656-1