IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELICIA BYERS, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   C.A. No. 05-711-GMS ) |
| HSBC PAY SERVICES, INC., | ) ) |
|     Defendant. | ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties, subject to the approval of the Court, that the caption in C.A. No. 05-711-GMS shall be amended to add the correct name of Plaintiff's employer, which is HSBC Pay Services, Inc. and to delete the three entities currently named (Household Finance Corporation, Household International, Inc., and/or Household Payroll Services, Inc.). Accordingly, the sole defendant in this action is HSBC Pay Services, Inc. and defendants Household Finance Corporation, Household International, Inc., and/or Household Payroll Services, Inc. are dismissed from this action. The above caption reflects such change and will in no way affect any claims or permit any new defenses based upon the name or identity of the new defendant.

_____  _____
Gary W. Aber (#754)                              Jennifer C. Jauffret (#3689)
gaber@gablawde.com                         Jauffret@rlf.com
Aber, Goldlust, Baker & Over              Richards, Layton & Finger
702 King Street, Suite 600                   One Rodney Square, P.O. Box 551
Wilmington, Delaware  19801             Wilmington, Delaware  19899
Attorneys for Plaintiff                           Attorneys for Defendant
                                                              HSBC Pay Services, Inc.

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge