IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELICIA BYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-711-GMS |
| HSBC PAY SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS

Defendant HSBC Pay Services, Inc., by and through its attorneys, hereby moves to dismiss this action on the grounds that the Plaintiff failed to file suit within the required time period. As such, Defendant requests the Complaint be dismissed in its entirety for the reasons set forth in Defendant's brief filed contemporaneously herewith.

/s/ Kelly A. Green
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant

Dated: December 5, 2005

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2005, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on December 5, 2005, hand delivered copies of the same to:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P. O. Box 1675
Wilmington, Delaware  19899

/s/ Kelly A. Green
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE  19899
302-651-7700
Attorneys for Defendant

RLF1-2952871-1