IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELICIA BYERS,<br><br>    Plaintiff,<br><br>v.<br><br>HOUSEHOLD FINANCE CORPORATION,<br>HOUSEHOLD INTERNATIONAL, INC., AND<br>OR HOUSEHOLD PAYROLL SERVICES, INC.,<br>Delaware Corporations,<br><br>    Defendant, | )<br>)<br>)  C.A. No.: 05-711 (GMS)<br>)<br>)<br>)<br>)  Trial By Jury Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties in the above-captioned matter, that briefing on the Defendant's Motion to Dismiss will proceed as follows:

    Plaintiff's Reply Brief          January 6, 2006

    Defendant's Answering Brief    January 27, 2006

    Argument (If Any) By Order of the Court

ABER, GOLDLUST, BAKER & OVER

_/s/ Gary W. Aber_
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-472-4900
Attorney for Plaintiff

RICHARDS, LAYTON & FINGER

_/s/ Jennifer C. Jauffret_
JENNIFER C. JAUFFRET (DSB #3689)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorney for Defendant

    SO ORDERED, this _____ day of _____, 2005.

_____
The Honorable Gregory M. Sleet