## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

KELLY A. GREEN

DIRECT DIAL NUMBER
302-651-7805
GREEN@RLF.COM

April 11, 2006

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, Delaware 19801

      Re:    Felicia Byers v. HSBC Pay Services, Inc.
              Civil Action No. 05-711-GMS

Dear Judge Sleet:

      I write on behalf of defendant HSBC Pay Services, Inc. ("HSBC") to follow up with the Court pursuant to the Court's oral order of April 10, 2006. Pursuant to the stipulation submitted on April 10, 2006 and herewith, the parties agreed that the deadline by which the defendant may move, answer or otherwise respond to the complaint is extended through and including April 25, 2006. In conjunction with submitting the stipulation to the Court, counsel for HSBC did not provide the Court with an explanation of the need for a time extension.

      An extension of time to respond the complaint is needed to further and fully consult with defendant HSBC to formulate its response to the complaint. Additionally, counsel for defendant have personal and professional scheduling conflicts which require an extension of time to respond to the complaint.

      I apologize for any inconvenience not submitting a letter explaining the need for an extension of time on April 10, 2006 caused the Court.

Respectfully,

*Kelly A Green*

Kelly A. Green

KAG/kdm
Enclosure
cc:    Peter T. Dalleo, Clerk (via hand delivery)
         Gary W. Aber, Esquire (via e-filing)

RLF1-3001822-1