IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELICIA BYERS, </br></br> Plaintiff, </br></br> v. </br></br> HSBC PAY SERVICES INC., </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C. A. No. 05-711-GMS </br> ) </br> ) </br> ) |

## NOTICE OF SERVICE

It is hereby certified that on the 23rd day of May, 2006, true and correct copies of Defendant's First Request for Production of Documents to Plaintiff Under Fed. R. Civ. P. 34 and this Notice of Service were served, in the manner indicated, on the following counsel of record:

**VIA E-FILING AND HAND DELIVERY**

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, Delaware 19801

/s/ Kelly A. Green
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant

Dated: May 23, 2006

RLF1-3017309-1