IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELICIA BYERS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 05-711-GMS |
| HSBC PAY SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF SUBPOENA

To:   Gary W. Aber, Esquire
      Aber, Goldlust, Baker & Over
      702 King Street, Suite 600
      P. O. Box 1675
      Wilmington, Delaware 19899

PLEASE TAKE NOTICE that on May 19, 2006, the attached subpoenas were served on the following in accordance with Rule 45 of the Federal Rules of Civil Procedure:

        Christiana Care
        Donald Emery, M.D.
        Neil S. Kaye, M.D.
        John Wm. Dettwyler, Ph.D.
        Scott Meyerson, M.D.
        Guarav Jain, M.D.
        Carol Tavani, M.D.

and that on May 22, 2006, the attached subpoenas were served on the following in accordance with Rule 45 of the Federal Rules of Civil Procedure:

        Dr. Gregory Papa
        Frances Klaff, Ph.D.
        David M. Fink, M.D.

and that on May 23, 2006, the attached subpoena was served on the following in accordance with Rule 45 of the Federal Rules of Civil Procedure:

    Jay G. Weisburg, M.D.

/s/ Kelly A. Green
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant

Dated: May 25, 2006

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2006, I electronically filed the foregoing Notice of Subpoenas with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on May 25, 2006, mailed, via first class mail, postage prepaid, copies of the same to:

>Gary W. Aber, Esquire
>Aber, Goldlust, Baker & Over
>702 King Street, Suite 600
>P. O. Box 1675
>Wilmington, Delaware  19899

*/s/ Kelly A. Green*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Attorneys for Defendant