IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELICIA BYERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 05-711-GMS |
| HSBC PAY SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SUBPOENA**

To:   Gary W. Aber, Esquire
      Aber, Goldlust, Baker & Over
      702 King Street, Suite 600
      P. O. Box 1675
      Wilmington, Delaware  19899


PLEASE TAKE NOTICE that on May 25, 2006, the attached subpoena was served on the following in accordance with Rule 45 of the Federal Rules of Civil Procedure:

   Medical Records Custodian
   Rockford Center


*Kelly A. Green*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Attorneys for Defendant

Dated: May 30, 2006

RLF1-3017820-1

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, I electronically filed the foregoing Notice of Subpoena with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on May 30, 2006, mailed, via first class mail, postage prepaid, copies of the same to:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P. O. Box 1675
Wilmington, Delaware  19899

*/s/ Kelly A. Green*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Attorneys for Defendant

RLF1-3017843-1