-8-

## EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELICIA BYERS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-711-GMS |
| | ) | |
| HSBC PAY SERVICES, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF COMPLIANCE
### WITH PROTECTIVE ORDER

I hereby certify that I, _____, have read, reviewed and understand the Stipulated Protective Order ("Order") entered in the above-captioned matter and I agree to abide fully and, thus, be bound by its terms and to be bound thereby.

I hereby consent to be subject to the personal jurisdiction of the above-captioned Court with respect to any proceeding related to the Order.

_____
Signature

Dated: _____