IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELICIA BYERS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-711 (GMS) |
| | ) | |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| HOUSEHOLD FINANCE CORPORATION, | ) | |
| HOUSEHOLD INTERNATIONAL, INC., AND | ) | |
| OR HOUSEHOLD PAYROLL SERVICES, INC., | ) | |
| Delaware Corporations, | ) | |
| | ) | |
| Defendant, | ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties that the plaintiff's responses to defendants' discovery will be due on or before July 14, 2006.

ABER, GOLDLUST, BAKER & OVER

_____
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-472-4900
Attorney for Plaintiff

RICHARDS, LAYTON & FINGER

_____
JENNIFER C. JAUFFRET (DSB #3689)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorney for Defendant

SO ORDERED, this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet