IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELICIA BYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C. A. No. 05-711-GMS |
| HSBC PAY SERVICES INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

To:   Gary W. Aber, Esquire
      Aber, Goldlust, Baker & Over
      702 N. King Street, Suite 600
      P. O. Box 1675
      Wilmington, Delaware 19801

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of plaintiff Felicia Byers on August 8, 2006 at 10:00 a.m. at the offices of Richards, Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, Delaware or another time and/or place as mutually agreed upon. The deposition will be recorded and transcribed. The deposition will continue from day to day until concluded. You are invited to attend and participate.

   _____
   Jennifer C. Jauffret (#3689)
   Jauffret@rlf.com
   Richards, Layton & Finger
   One Rodney Square
   P. O. Box 551
   Wilmington, Delaware 19899
   (302) 651-7700
   Attorneys for Defendant

Dated: July 19, 2006

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006, I electronically filed the foregoing Notice of Deposition with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on July 19, 2006, mailed, via first class mail, postage prepaid, copies of the same to:

    Gary W. Aber, Esquire
    Aber, Goldlust, Baker & Over
    702 King Street, Suite 600
    P. O. Box 1675
    Wilmington, Delaware 19899

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant

RLF1-3017843-1