**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FELICIA BYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C. A. No. 05-711-GMS |
| HSBC PAY SERVICES INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>RE-NOTICE OF DEPOSITION</u>

To:    Gary W. Aber, Esquire
       Aber, Goldlust, Baker & Over
       702 N. King Street, Suite 600
       P. O. Box 1675
       Wilmington, Delaware  19801

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of plaintiff

Felicia Byers on September 11, 2006 at 10:00 a.m. at the offices of Richards, Layton & Finger,

One Rodney Square, 920 N. King Street, Wilmington, Delaware or another time and/or place as

mutually agreed upon.  The deposition will be recorded and transcribed.  The deposition will

continue from day to day until concluded.  You are invited to attend and participate.

                              _____
                              Jennifer C. Jauffret (#3689)
                              Jauffret@rlf.com
                              Richards, Layton & Finger
                              One Rodney Square
                              P. O. Box 551
                              Wilmington, Delaware  19899
                              (302) 651-7700
Dated:  August 3, 2006        Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2006, I electronically filed the foregoing Notice of

Deposition with the Clerk of Court using CM/ECF which will send notification of such filing to

the following and on August 3, 2006, mailed, via first class mail, postage prepaid, copies of the

same to:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P. O. Box 1675
> Wilmington, Delaware  19899

<div style="margin-left:40%">

_____

Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Attorneys for Defendant

</div>