IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELICIA BYERS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-711 (GMS) |
| | ) | |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| HOUSEHOLD FINANCE CORPORATION, | ) | |
| HOUSEHOLD INTERNATIONAL, INC., AND | ) | |
| OR HOUSEHOLD PAYROLL SERVICES, INC., | ) | |
| Delaware Corporations, | ) | |
| | ) | |
| Defendant, | ) | |

## NOTICE OF SERVICE

TO:  Jennifer C. Jauffret, Esquire
　　　Richards, Layton & Finger
　　　One Rodney Square
　　　920 N. King Street
　　　Wilmington, DE  19801

　　　PLEASE TAKE NOTICE, that Plaintiff's Answers to Defendant's First Set of Interrogatories Directed to Plaintiff, and Plaintiff's Responses to Defendant's First Request for Production of Documents Directed to Plaintiff were hand delivered to the following counsel on August 16, 2006:

　　　Jennifer C. Jauffret, Esquire
　　　Richards, Layton & Finger
　　　One Rodney Square
　　　920 N. King Street
　　　Wilmington, DE  19801

                                            ABER, GOLDLUST, BAKER & OVER

                                                /s/ Gary W. Aber
                                          GARY W. ABER (DSB #754)
                                          702 King Street, Suite 600
                                          P.O. Box 1675
                                          Wilmington, DE  19899
                                          302-472-4900
DATED:  August 16, 2006              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following counsel on August 16, 2006:

> Jennifer C. Jauffret, Esquire
> Richards, Layton & Finger
> One Rodney Square
> 920 N. King Street
> Wilmington, DE 19801

                                              /s/ Melissa A. Chionchio
                                        Melissa A. Chionchio
                                        Secretary to Gary W. Aber, Esquire