IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELICIA BYERS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-711 (GMS) |
| | ) | |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| HOUSEHOLD FINANCE CORPORATION, | ) | |
| HOUSEHOLD INTERNATIONAL, INC., AND | ) | |
| OR HOUSEHOLD PAYROLL SERVICES, INC., | ) | |
| Delaware Corporations, | ) | |
| | ) | |
| Defendant, | ) | |

## NOTICE OF SERVICE

TO:  Jennifer C. Jauffret, Esquire
     Richards, Layton & Finger
     One Rodney Square
     920 N. King Street
     Wilmington, DE  19801

PLEASE TAKE NOTICE, that Plaintiff's First Set of Interrogatories Directed to Defendants and Plaintiff's First Request for Production of Documents Directed to Defenants were hand delivered to the following counsel on August 16, 2006:

Jennifer C. Jauffret, Esquire
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

                                                             ABER, GOLDLUST, BAKER & OVER

                                                                  /s/ Gary W. Aber
                                             GARY W. ABER (DSB #754)
                                             702 King Street, Suite 600
                                             P.O. Box 1675
                                             Wilmington, DE  19899
                                             302-472-4900
DATED:  August 16, 2006                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following counsel on August 16, 2006:

>Jennifer C. Jauffret, Esquire
>Richards, Layton & Finger
>One Rodney Square
>920 N. King Street
>Wilmington, DE  19801

        /s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire