## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELICIA BYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C. A. No. 05-711-GMS |
| HSBC PAY SERVICES INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF CONTINUED DEPOSITION

To:     Gary W. Aber, Esquire
        Aber, Goldlust, Baker & Over
        702 N. King Street, Suite 600
        P. O. Box 1675
        Wilmington, Delaware  19801

PLEASE TAKE NOTICE that the undersigned will take the continued oral deposition of

plaintiff Felicia Byers on October 18, 2006 at 10:00 a.m. at the offices of Richards, Layton &

Finger, One Rodney Square, 920 N. King Street, Wilmington, Delaware or another time and/or

place as mutually agreed upon.  The deposition will be recorded and transcribed.  The deposition

will continue from day to day until concluded.  You are invited to attend and participate.

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Dated:  September 26, 2006            Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2006, I electronically filed the foregoing Notice of

Continued Deposition with the Clerk of Court using CM/ECF which will send notification of

such filing to the following and on September 26, 2006, mailed, via first class mail, postage

prepaid, copies of the same to:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P. O. Box 1675
> Wilmington, Delaware  19899

> Jennifer C. Jauffret (#3689)
> Jauffret@rlf.com
> Kelly A. Green (#4095)
> Green@rlf.com
> Richards, Layton & Finger
> One Rodney Square
> P. O. Box 551
> Wilmington, Delaware  19899
> (302) 651-7700
> Attorneys for Defendant