IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FELICIA BYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CA No. 05-711 (GMS) |
| v. | ) | |
| | ) | |
| HSBC PAY SERVICES INC., | ) | |
| | ) | Trial by Jury Demanded |
| Defendant. | ) | |

## 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendant HSBC Pay Services Inc. discloses that HSBC Pay Services Inc. is a wholly owned subsidiary of HSBC Finance Corporation (f/k/a Household International, Inc.) which is a wholly owned subsidiary of HSBC Holdings plc, a United Kingdom corporation. HSBC Holdings shares are traded in the United States as American Depository Shares on the New York Stock Exchange.

/s/ Kelly A. Green
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards Layton & Finger
One Rodney Square
Post Office Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700

Attorneys for Defendant
HSBC Pay Services Inc.

Dated: October 31, 2006

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I electronically filed the foregoing 7.1(a) Disclosure Statement with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on October 31, 2006, mailed, via first class mail, postage prepaid, copies of the same to:

>Gary W. Aber, Esquire
>Aber, Goldlust, Baker & Over
>702 King Street, Suite 600
>P. O. Box 1675
>Wilmington, Delaware 19899

>/s/ Kelly A. Green
>Jennifer C. Jauffret (#3689)
>Jauffret@rlf.com
>Kelly A. Green (#4095)
>Green@rlf.com
>Richards, Layton & Finger
>One Rodney Square
>P. O. Box 551
>Wilmington, Delaware 19899
>(302) 651-7700
>Attorneys for Defendant