IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELICIA BYERS, | ) |
|         Plaintiff, | ) ) ) |
| v. | ) ) )   C. A. No. 05-711-GMS |
| HSBC PAY SERVICES INC., | ) ) |
|         Defendant. | ) |

NOTICE OF DEPOSITION AND SUBPOENAS
OF SHARON ROZIER PHILLIPS AND KRISTA LEHM

To:    Gary W. Aber, Esquire
        Aber, Goldlust, Baker & Over
        702 N. King Street, Suite 600
        P. O. Box 1675
        Wilmington, Delaware 19801

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedures, the attached subpoenas *ad testificandum* will be served on Sharon Rozier Phillips and Krista Lehm. Pursuant to the attached subpoenas, defendant HSBC Pay Services, Inc. will take the depositions upon oral examination of the following individuals on December 1, 2006 at the times indicated at the offices of Richards, Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, Delaware or another time and/or place as mutually agreed upon. The depositions will continue from day to day until concluded.

        Sharon Rozier Phillips        9:00 a.m.

        Krista Lehm        1:00 p.m.

Such depositions will be recorded and transcribed. You are invited to attend and participate.

RLF1-3083846-1

|  |  |
|---|---|
|  | */s/ Kelly A. Green*<br>Jennifer C. Jauffret (#3689)<br>Jauffret@rlf.com<br>Kelly A. Green (#4095)<br>Green@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, Delaware  19899<br>(302) 651-7700 |
| Dated:  November 20, 2006 | Attorneys for Defendant |

RLF1-3083846-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2006, I electronically filed the foregoing Notice of Deposition and Subpoenas of Sharon Rozier Phillips and Krista Lehm with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on November 20, 2006, mailed, via first class mail, postage prepaid, copies of the same to:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P. O. Box 1675
> Wilmington, Delaware  19899

>                          *Kelly A. Green*
>                          Jennifer C. Jauffret (#3689)
>                          Jauffret@rlf.com
>                          Kelly A. Green (#4095)
>                          Green@rlf.com
>                          Richards, Layton & Finger
>                          One Rodney Square
>                          P. O. Box 551
>                          Wilmington, Delaware  19899
>                          (302) 651-7700
>                          Attorneys for Defendant