IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FELICIA BYERS, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-711-GMS |
| v. | ) |
| | ) |
| HSBC PAY SERVICES INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties hereto that the captioned

action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41. Each party is responsible for

his or its legal fees and costs.

_____
Gary W. Aber (#754)
gaber@gablawde.com
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, Delaware 19801
Attorneys for Plaintiff

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
Attorneys for Defendant
HSBC Pay Services Inc.

SO ORDERED this _____ day of _____, 200__.

_____,
Gregory M. Sleet, U.S.D.J.